standards for definiteness and clarity." *Kolender* v. *Lawson, supra,* at 361. Because I believe there is a serious question whether the imposition of criminal liability for conduct that "could not be easily understood or recognized as being appropriate" intolerably crosses the constitutional line, I respectfully dissent from the Court's dismissal of this appeal.

No. 83–1963. TOAN, DIRECTOR, MISSOURI DEPARTMENT OF SOCIAL SERVICES, ET AL. *v.* CUNNINGHAM. C. A. 8th Cir. Motion of respondent Lucinda Cunningham for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the Deficit Reduction Act of 1984, Pub. L. 98–369.

No. 84–681. PRUDENTIAL FEDERAL SAVINGS & LOAN ASSN. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Trans World Airlines, Inc.* v. *Thurston, ante,* p. 111.

No. — – ——. IN RE SHAPIRO. Application of Stanley Charles Shapiro for readmission to the Bar of this Court denied.

No. A–440 (84–1074). STROOM *v.* CARTER, FORMER PRESIDENT OF THE UNITED STATES, ET AL. C. A. 3d Cir. Application for injunction, addressed to THE CHIEF JUSTICE and referred to the Court, denied. Motion of petitioner to expedite consideration of the petition for writ of certiorari denied.

No. D–449. IN RE DISBARMENT OF HOCHSTEIN. Disbarment entered. [For earlier order herein, see *ante,* p. 808.]

No. D–451. IN RE DISBARMENT OF JONES. Disbarment entered. [For earlier order herein, see 468 U. S. 1248.]

No. D–471. IN RE DISBARMENT OF BRAULT. It is ordered that Cletus H. Brault, Jr., of Crown Point, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83–1368. NORTHWEST WHOLESALE STATIONERS, INC. *v.* PACIFIC STATIONERY & PRINTING CO. C. A. 9th Cir. [Certio-